IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROQUE ARANDA TERCERO,**

    Petitioner,

v.                                                        Case No. 11-cv-1035 JCH/SMV

**KENNETH J. GONZALES,**
**JANET NAPOLITANO,**
**ADRIAN MACIAS, and RAY TERRY,**

    Respondents.

## ORDER RESERVING RULING
## ON SECOND MOTION FOR EVIDENTIARY HEARING

**THIS MATTER** is before the Court on Petitioner's [Second] Motion for Evidentiary Hearing . . . [Doc. 22], filed on April 16, 2012. Petitioner requests an evidentiary hearing and to subpoena certain witnesses. [Doc. 22] at 1–2. The Court reserves ruling on Petitioner's request for an evidentiary hearing until the merits of the Petition are addressed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that ruling is **RESERVED** on Petitioner's Motion for Evidentiary Hearing . . . [Doc. 22].

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**